NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No.  4:00-CV-00010 (RRB) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **~~PROPOSED~~ ORDER TO RELEASE ATTACHED PFD FUNDS** |
| Mark S. Breece, | ) | |
| Defendant. | ) | |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,323.20, shall be released by check made payable to the United States Department of Justice and forwarded to the United States Attorney for the District of Alaska, as payment toward Defendant's judgment debt

IT IS SO ORDERED.

DATED: 2/4/08

S/RALPH R BEISTLINE
UNITED STATES DISTRICT JUDGE